No. 434. ANDERSON, GOVERNOR OF KANSAS, ET AL. *v.* HARRIS ET AL. Sup. Ct. Kan. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Robert C. Londerholm,* Attorney General of Kansas, and *Charles N. Henson, Jr.,* Assistant Attorney General, for petitioners. *William Y. Chalfant* for respondents.

No. 276, Misc. GONZALEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 318, Misc. SANTOS *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 375, Misc. HUTCHERSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Aloysius B. McCabe* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 423, Misc. PRATER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 414, Misc. GRISHAM *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.